JAMES F. HALL, Respondent, *v.* BENJAMIN F. CHANDLER, Appellant.

(Argued December 2, 1885 ; decided December 22, 1885.)

*Leslie W. Russell* for appellant.

*John W. Kellogg* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE KEROSENE LAMP HEATER COMPANY, Appellant, *v.* JOHN F. RATHBONE et al., Respondents.

(Argued December 2, 1885 ; decided December 22, 1885.)

*B. F. Lee* for appellant.

*Esek Cowen* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.